1  Gene D. Vorobyov
   California Bar No. 200193
2  LAW OFFICE OF GENE VOROBYOV
   5214 F Diamond Heights Blvd, # 733
3  San Francisco, CA 94131
   Telephone:  (415) 425-2693
4  e-mail: gene.law@gmail.com

5  Attorney for Defendant and Appellant
   MICHAEL EDWARD BAKER

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Case No.: 2:07-01322-SJO-2

11              Plaintiff,               [U.S. Court of Appeals for the Ninth Circuit
                                         Case No. 12-50369]
12      v.
                                         ORDER GRANTING
13  MICHAEL EDWARD BAKER,                 DEFENDANT'S APPOINTED COUNSEL'S
                                         APPLICATION TO OBTAIN ACCESS TO A
14                                       COPY OF ALL SEALED OR NFPV
            Defendant,                   TRANSCRIPTS
15

16

17

18

19          IT IS HEREBY ORDERED that copies of ALL SEALED OR NFPV TRANSCRIPTS,

20  INCLUDING, BUT NOT LIMITED TO, THE TRANSCRIPTS FOR March 6, 2009, and July

21  14, 2008, are released to the defendant's appointed appellate counsel Gene D. Vorobyov.

22  Counsel shall not release said transcript to anyone else and he shall destroy his copy of this

23  transcript at the conclusion of the appeal.

24  DATED: October 20, 2012

25                                       _____
                                         HON. S. JAMES OTERO
26                                       UNITED STATES DISTRICT JUDGE

27

28

                                         1